# Chapter 13 Trustees
# Eastern District of North Carolina

## CERTIFICATE OF COMPLETION

Is hereby granted to:

Marcia Louise Margotta     09-05971

to certify that he/she has satisfactorily completed

the

Financial Management Course

*Jeffrey Strayer*
Debtor Educator

**CERTIFIED**
**9-SEP 2009**
**CHAPTER 13 TRUSTEES**